B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re   American Institutional Partners, LLC                              Case No. _____

                              Debtor(s)                                    Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| David Ray, Trustee<br>c/o Richardson & Patel<br>10900 Wilshire Blvd., #500<br>Los Angeles, CA 90024 | David Ray, Trustee<br>c/o Richardson & Patel<br>10900 Wilshire Blvd., #500<br>Los Angeles, CA 90024 | Note | Contingent<br>Disputed | 8,016,513.00 |
| Regions Bank<br>c/o Evans LeRoy & Hackett<br>920 McCallie Avenue<br>Chattanooga, TN 37403 | Regions Bank<br>c/o Evans LeRoy & Hackett<br>920 McCallie Avenue<br>Chattanooga, TN 37403 | Note | Disputed | 2,784,733.00 |
| Alison Robbins | Alison Robbins | Loan | | 2,000,000.00 |
| Fairstar Resources Ltd.<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 | Fairstar Resources Ltd.<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 | Judgment | | 1,900,000.00 |
| Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110 | Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110 | Services | | 1,324,645.07 |
| Jones Waldo<br>170 S Main St. Ste.1500<br>Salt Lake City, UT 84101 | Jones Waldo<br>170 S Main St. Ste.1500<br>Salt Lake City, UT 84101 | Services | | 555,000.00 |
| D&D Aviation<br>Dick Hopkins<br>470 North 2400 West<br>Salt Lake City, UT 84116 | D&D Aviation<br>Dick Hopkins<br>470 North 2400 West<br>Salt Lake City, UT 84116 | Services | | 400,000.00 |
| Douglas Roberts | Douglas Roberts | Guarantee | Contingent | 350,000.00 |
| Rodney Rasmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109 | Rodney Rasmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109 | Guarantee | Contingent | 300,000.00 |
| Michael Peterson<br>17 Canary Court<br>Danville, CA 94526 | Michael Peterson<br>17 Canary Court<br>Danville, CA 94526 | Contract | | 300,000.00 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   American Institutional Partners, LLC                                     Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rama Ramachandra c/o Bibianne U. Fell 4330 LaJolla Village Dr., #310 San Diego, CA 92122 | Rama Ramachandra c/o Bibianne U. Fell 4330 LaJolla Village Dr., #310 San Diego, CA 92122 | loan | | 141,188.29 |
| Rama Ramachandra c/o Bibianne U. Fell 4330 LaJolla Village Dr., #310 San Diego, CA 92122 | Rama Ramachandra c/o Bibianne U. Fell 4330 LaJolla Village Dr., #310 San Diego, CA 92122 | wages | | 125,000.00 |
| Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134 | Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134 | Taxes | | 100,000.00 |
| Payne & Fears, LLP c/o Hill Johnson & Schmutz 4844 N. 300 W., #300 Provo, UT 84604 | Payne & Fears, LLP c/o Hill Johnson & Schmutz 4844 N. 300 W., #300 Provo, UT 84604 | Services | | 37,718.73 |
| Spectrum Design 2970 S 2900 E Salt Lake City, UT 84109 | Spectrum Design 2970 S 2900 E Salt Lake City, UT 84109 | Services | | 34,004.38 |
| SLHNet Investments VanCott Bagley Cornwall 36 South State, #1900 Salt Lake City, UT 84111 | SLHNet Investments VanCott Bagley Cornwall 36 South State, #1900 Salt Lake City, UT 84111 | Rent | | 24,609.00 |
| Kim Haskins Farmington, UT 84025 | Kim Haskins Farmington, UT 84025 | Wages | | 8,000.00 |
| Global Marketing Design 3135 S Richmond St. Salt Lake City, UT 84106 | Global Marketing Design 3135 S Richmond St. Salt Lake City, UT 84106 | Services | | 5,565.00 |
| Salt Lake County Assessor 2001 South State Salt Lake City, UT 84190 | Salt Lake County Assessor 2001 South State Salt Lake City, UT 84190 | Taxes | | 4,266.00 |
| CallTower 5 Thomas Mellon Circle Ste. 305 San Francisco, CA 94134-2512 | CallTower 5 Thomas Mellon Circle Ste. 305 San Francisco, CA 94134-2512 | Services | | 2,314.84 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _May 27, 2009_     Signature _M H Robbins_ by puu with power of attorney
                                    Mark H. Robbins
                                    Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.