B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Utah

In re   American Institutional Partners, LLC
_____
Debtor

Case No.   09-25375
Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 35,549,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,715,926.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 237,266.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 6,587,209.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 35,549,500.00 | | |
| Total Liabilities | | | | 18,540,401.95 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re American Institutional Partners, LLC
　　　　　　　　Debtor

Case No. 09-25375

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

0　continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  American Institutional Partners, LLC  
_____  
Debtor

Case No. 09-25375

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 6-8 Office Paintings (Approx. Value) Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | approx. 1,000.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   1,000.00  
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  American Institutional Partners, LLC
       _____,
                        Debtor

Case No. __09-25375__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | AIP Resort Development, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT<br>(Actual market value approx $3,000,000.00 - $10,000,000.00) | - | 5,500,000.00 |
| | | AIP Securities, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP Management, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP/EM Development, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | Smart Hedge, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | Island Resort Development, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | True North Morgage, Inc.<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP Jets, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | PURE Capital LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |

Sub-Total >    5,500,000.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re American Institutional Partners, LLC     Case No. 09-25375
                                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | AIP Hedging Consulting Services, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | PURE Management 7 LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-LINCS 2004-R04, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-Lincs 2004-R08<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP P-Lincs 2004-S02<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-LINCS 2005-R08, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-LINCS 2005-R07, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-LINCS 2005-R09, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-LINCS 2006-S04, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | P-LINCS 2004-R01, LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP Funding LLC (formerly AIP Lending LLC)<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP Capital LLC<br>Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |

                                                                                 Sub-Total >     0.00
                                                                                (Total of this page)

Sheet 2 of 4 continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  American Institutional Partners, LLC                           Case No.  09-25375
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | AIP Capital, LLC (formerly P-Lincs 2004-R14, LLC) Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | AIP P-LINCS 2004-R02, LLC Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 0.00 |
| | | Equitap, LLC (formerly AIP Lending, LLC, formerly Synthetic Secured Lending, LLC) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note Receivable from AIP Resort Development, LLC Location: 155 North 400 West, Suite 150, Salt Lake City UT (Actual market value approx $10,000,000.00 - $30,000,000.00) | - | approx. 30,000,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Under Evaluation - to be supplied later | - | Unknown |

Sub-Total >   30,000,000.00
(Total of this page)

Sheet  3  of  4  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  American Institutional Partners, LLC                                    Case No.  09-25375
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Filing Cabinets ($2000), 7 Leather Chairs ($3,500), 6 Leather Sofas ($10,000), 18 Office Chairs ($6,000), 7 Office Cubicles ($3,500), 5 Desks and Credenzas ($6,000), 2 Conference Tables ($4,000), 11 Desktop Computers ($5,500), Copy Machine ($2,000), Misc. Office Furniture ($1,000) Location: 155 North 400 West, Suite 150, Salt Lake City UT | - | 48,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    48,500.00
(Total of this page)
Total >    35,549,500.00

Sheet  4  of  4  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  American Institutional Partners, LLC    Case No. 09-25375
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Ray, Trustee<br>c/o Richardson & Patel<br>10900 Wilshire Blvd., #500<br>Los Angeles, CA 90024 | - | | 5/2005<br><br>Note - Security Interest<br>(Approx. market value $10,000,000.00 - $30,000,000.00)<br><br>Value $   30,000,000.00 | | X | X | Approx.<br>8,016,513.00 | 0.00 |
| Account No.<br><br>DPR Management, LLC<br>10421 S. Jordan Gateway, Suite 600<br>South Jordan, UT 84095 | X | - | 4/6/2009<br><br>Guarantee<br>Blanket Security Interest of all AIP assets<br><br>Value $   0.00 | | X | | Approx.<br>375,000.00 | |
| Account No.<br><br>Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110-4050 | X | - | Various<br><br>Security Agreement and Guaranty<br>($3,000,000.00 to $10,000,000.00)<br><br>Value $   0.00 | | | | 1,324,644.00 | 0.00 |
| Account No.<br><br>Fairstar Resources Ltd.<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 | X | - | 2008<br><br>Judgment/Writ of Execution<br><br>Value $   0.00 | | | | 1,999,769.00 | 0.00 |
| 0  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 11,715,926.00 | |
| | | | Total<br>(Report on Summary of Schedules) | | | | 11,715,926.00 | |

B6E (Official Form 6E) (12/07)

In re  American Institutional Partners, LLC
_____
Debtor

Case No. ___09-25375___

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___2___ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re American Institutional Partners, LLC , Case No. 09-25375
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kim Haskins<br>970 East Tuscan Park Lane<br>Midvale, UT 84047 | | - | August - September 2008 | | | | 8,000.00 | 0.00 | approx.<br>8,000.00 |
| Account No.<br><br>Rama Ramachandra<br>c/o Bibianne U. Fell<br>4330 LaJolla Village Dr., #310<br>San Diego, CA 92122 | | - | June - December 2008 | | | | 125,000.00 | 0.00 | 125,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) 133,000.00 | 0.00 | 133,000.00

B6E (Official Form 6E) (12/07) - Cont.

In re  American Institutional Partners, LLC  
                         Debtor

Case No.  09-25375

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Salt Lake County Assessor <br> 2001 South State <br> Salt Lake City, UT 84190 | | - | 2008 | | | | 4,266.00 | 0.00 | 4,266.00 |
| Account No. <br><br> Utah State Tax Commission <br> 210 North 1950 West <br> Salt Lake City, UT 84134 | | - | 2008 | | | | Approx. 100,000.00 | 0.00 | 100,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  104,266.00    0.00    104,266.00

Total (Report on Summary of Schedules)  237,266.00    0.00    237,266.00

B6F (Official Form 6F) (12/07)

In re  American Institutional Partners, LLC
                        Debtor

Case No. 09-25375

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alison Robbins<br>c/o Steven Altman<br>260 Madison Avenue, 22nd Floor<br>New York, NY 10016 | | - | 2005<br>Loan | | | | Approx.<br>2,000,000.00 |
| Account No.<br><br>CallTower<br>5 Thomas Mellon Circle<br>Suite 305<br>San Francisco, CA 94134-2512 | | - | 2009<br>Services | | | | 2,314.84 |
| Account No.<br><br>D&D Aviation<br>Dick Hopkins<br>470 North 2400 West<br>Salt Lake City, UT 84116 | | - | 2008<br>Services | | | | Approx.<br>400,000.00 |
| Account No.<br><br>DirecTV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 | | - | | | | | 165.02 |
| _3_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 2,402,479.86 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:26435-090528  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  American Institutional Partners, LLC                               Case No. 09-25375
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Global Marketing Design<br>3135 S Richmond St.<br>Salt Lake City, UT 84106 | | - | Services | | | | 5,565.00 |
| Account No.<br><br>Jones Waldo Holbrook & McDonough<br>170 Street Main Street<br>Suite 1500<br>Salt Lake City, UT 84101 | | - | 2007<br>Services | | | | Approx.<br>555,000.00 |
| Account No.<br><br>Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 | | - | | | | | 245.64 |
| Account No.<br><br>Michael Peterson<br>17 Canary Court<br>Danville, CA 94526 | | - | 2009<br>Contract | | | | 300,000.00 |
| Account No.<br><br>Payne & Fears, LLP<br>c/o Hill Johnson & Schmutz<br>4844 N. 300 W., #300<br>Provo, UT 84604 | | - | 2007<br>Services | | | | 37,718.73 |

Sheet no. _1_ of _3_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    898,529.37

B6F (Official Form 6F) (12/07) - Cont.

In re American Institutional Partners, LLC  Case No. 09-25375
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rama Ramachandra<br>c/o Biblanne U. Fell<br>4330 LaJolla Village Dr., #310<br>San Diego, CA 92122 | - | | 2008<br>Loan | | | | 141,188.29 |
| Account No.<br><br>Regions Bank<br>c/o Evans LeRoy & Hackett<br>920 McCallie Avenue<br>Chattanooga, TN 37403 | - | | 2006<br>Note - Plane | | | X | 2,784,733.00 |
| Account No.<br><br>Rodney Rasmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109 | - | | 2009<br>Guarantee | X | | | 300,000.00 |
| Account No.<br><br>SLI-INet Investments<br>VanCott Bagley Cornwall<br>36 South State, #1900<br>Salt Lake City, UT 84111 | - | | 2009<br>Rent | | | | 24,609.00 |
| Account No.<br><br>Spectrum Design<br>2970 South 2900 East<br>Salt Lake City, UT 84109 | - | | 2008<br>Services | | | | 34,004.38 |

Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,284,534.67

B6F (Official Form 6F) (12/07) - Cont.

In re American Institutional Partners, LLC     Case No. 09-25375
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>The Motley Fool<br>2000 Duke St. 4th Fl.<br>Alexandria, VA 22314 | | - | | | | | 1,559.25 |
| Account No.<br><br>Webb Audio Visual Communication<br>3020 S West Temple<br>Salt Lake City, UT 84115 | | - | | | | | 106.80 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,666.05

Total (Report on Summary of Schedules)    6,587,209.95

B6G (Official Form 6G) (12/07)

In re  American Institutional Partners, LLC
_____
Debtor

Case No.  09-25375

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| DPR Management, LLC<br>10421 S. Jordan Gateway, Suite 600<br>South Jordan, UT 84095 | Combination Agreement dated April 6, 2009<br>Interest of Debtor under Contract is contingent upon right to receive certain membership interests in DPR Holdings, LLC |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   American Institutional Partners, LLC                            Case No.   09-25375
                                     Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AIP Lending, LLC<br>155 North 400 West, Suite 150<br>Salt Lake City, UT 84111 | DPR Management, LLC<br>10421 S. Jordan Gateway, Suite 600<br>South Jordan, UT 84095 |
| AIP Lending, LLC<br>155 North 400 West, Suite 150<br>Salt Lake City, UT 84111 | Fairstar Resources Ltd.<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 |
| AIP Resort Development, LLC<br>155 North 400 West, Suite 150<br>Salt Lake City, UT 84111 | Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110-4050 |
| Alison Robbins<br>c/o Steven Altman<br>260 Madison Avenue, 22nd Floor<br>New York, NY 10016 | DPR Management, LLC<br>10421 S. Jordan Gateway, Suite 600<br>South Jordan, UT 84095 |
| Mark Robbins<br>c/o Steven Altman<br>260 Madison Avenue, 22nd Floor<br>New York, NY 10016 | DPR Management, LLC<br>10421 S. Jordan Gateway, Suite 600<br>South Jordan, UT 84095 |
| Mark Robbins<br>c/o Steven Altman<br>260 Madison Avenue, 22nd Floor<br>New York, NY 10016 | Fairstar Resources Ltd.<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 |
| Mark Robbins<br>c/o Steven Altman<br>260 Madison Avenue, 22nd Floor<br>New York, NY 10016 | Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110-4050 |
| Peninsula Advisors, LLC<br>155 North 400 West, Suite 150<br>Salt Lake City, UT 84111 | Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110-4050 |
| Seven Investments, LLC<br>155 North 400 West, Suite 150<br>Salt Lake City, UT 84111 | Durham Jones & Pinegar<br>Jeffrey M. Jones, Esq.<br>P. O. Box 4050<br>Salt Lake City, UT 84110-4050 |

    0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Utah

In re   American Institutional Partners, LLC

Debtor(s)

Case No.   09-25375
Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *

Date  6-30-09         Signature  _____
                                 Mark H. Robbins
                                 Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

*For many years, the Debtor retained an internal controller as well as an outside certified public accounting firm, both of which assisted the Debtor in recording and tracking its assets and liabilities. For the last 18 months approximately, however, due to the financial hardships, the Debtor has not been able to retain the services of either its internal controller or, to any material extent, its outside CPA firm. In addition, also due to financial hardship, the Debtor has been locked out of its office space where all of its corporate books and records were located for several months and only very recently regained the ability to access those items through its legal counsel. Accordingly, although the accompanying Schedules are true and correct in all material respects to the best of knowledge, information, and belief of the Debtor, the Debtor has compiled such Schedules using all commercially reasonable efforts in good faith but without the benefit (to date) of reviewing many of its own books and records or of the more detailed information and records that its internal controller or outside CPA firm might have been able to provide.