Douglas R. Short (5344)
THE BANKRUPTCY CENTER OF UTAH
859 W. South Jordan Parkway, Suite 200
South Jordan, Utah 84095
Telephone No.: (801) 858-3770
Facsimile: (801) 858-3771
dougs@bkcenterutah.com

*Attorney for Debtor in Possession,*
*American Institutional Partners, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In Re: | |
|---|---|
| | Bankruptcy No. 09-25375 |
| **AMERICAN INSTITUTIONAL PARTNERS, L.L.C.** | Chapter 11 |
| | Judge Judith Bolden |
| Debtor in Possession. | |
| | Filed Electronically |

## NOTICE OF HEARING ON DEBTOR IN POSSESSION'S OBJECTION TO DISMISSAL PURSUANT TO LOCAL RULE 2003-1(A)

PLEASE TAKE NOTICE that American Institutional Partners, LLC, ("AIP") the debtor in possession has filed an objection to dismissal pursuant to Local Rule 2003-1(a).

AIP's Objection has been scheduled for hearing on **September 1, 2009, at the hour of 10:00 am**, at the Unitied States Courthouse, 350 South Main Street, Room 341, Salt Lake City, UT 84101, before the Honorable Judith A. Boulden, United States Bankruptcy court judge.

If you do not want the court to grant the Objection to dismissal, or if you want the court to consider your view on the Objection, then on or before August 31, 2009, you or your attorney must:

    File a written response or objection to the Objection at:
        Clerk, United States Bankruptcy court
        Frank E. Moss, United State Courthouse
        350 South Main Street Ut, Suite 301
        Salt Lake City, UT 84101

1

If you mail your response or objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to Counsel for AIP:

> Douglas R. Short,
> Bankruptcy Center of Utah
> 859 W. South Jordan Parkway, Ste 200
> South Jordan UT 84095

If you file a written response or objection, you must attend the hearing scheduled on September 1, 2009.

The foregoing Objection is on file with the Clerk of the Bankruptcy Court and may be reviewed during regular business hours.

DATED this 19th day of August, 2009.

THE BANKRUPTCY CENTER OF UTAH

/s/
DOUGLAS R. SHORT
Counsel for Debtor in Possession

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of this objection to be sent to the following, first class postage prepaid:

**John T. Morgan**
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, Ut 84111
(801) 524-3150
(801) 524-5628 (fax)
john.t.morgan@usdoj.gov

*Counsel for Creditor*
*Jones Waldo Holbrook & McDonough*
**Jeffrey Weston Shields**
**Troy Aramburu**
**Melissa Clark**
Jones Waldo Holbrook & McDonough
170 South Main Street
Suite 1500
Salt Lake City, UT 84101
(801) 521-3200
mclark@joneswaldo.com

*Counsel for Creditors*
*Fairstar Resources Ltd. and*
*Goldlaw Pty Ltd.*
**David M. Wahlquist**
Kirton & McConkie
60 East South Temple
Suite 1800
PO Box 45120
Salt Lake City, UT 84111
(801) 328-3600
801-321-4893 (fax)
randreason@kmclaw.com

_____/s/_____
By: Douglas R. Short

3