UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

DATE OF 341 MEETING:  October 7, 2009      CASE NO:    09-25375

IN RE:  American Institutional Partners, LLC   TRUSTEE: Segal, Roger

**SECTION 341 MEETING**
**DETAILED REPORT FOR CHAPTER 7**

1.  DEBTOR(S)
    [  ] Present, Sworn, Examined        [**X**] Not Present - Bankr D. Rule 2003(a)
                                         [   ] Husband Present, Wife Not - Bankr D. Rule 2003(a)
                                         [   ] Wife Present, Husband Not - Bankr D. Rule 2003(a)

2.  DEBTOR'S ATTORNEY
    [**X**] Present        [   ] Not Present - Bankr D. Rule 2003(a)        [   ] N/A (Pro Se)
    **Douglas Short**

3.  SCHEDULES & STATEMENTS TIMELY FILED
    (including Schedule of Current Income and Expenditures and Statement of Intentions)

    [**X**] YES               [   ]NO = Bankr. D. Rule 1007-1

4.  MAILING MATRIX TIMELY FILED
    [**X**] YES         [   ] NO

5.  NEW ADDRESS FOR DEBTOR?
    [**X**] NO          [   ] YES – Debtor and Attorney advised of duty to file written notice of change
                              of address

6.  MEETING:     [   ] Concluded  [**X**] Continued to: **Without date to be rescheduled with not
                                   less than 10 days notice**

7.  IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE
    TRUSTEE HEREBY REQUESTS:

    [**X**] a 341 hearing be rescheduled                [   ] a 341 hearing NOT be rescheduled

CREDITORS Jeffrey W. Shields for Jones Waldo; David Wahlquist and Rod Andreason for Fairstar
Resources Ltd.

                                              /s/
                                    PRESIDING OFFICER

Roger G. Segal
Chapter 7 Trustee
P.O. Box 11008
257 East 200 South, Suite 700
Salt Lake City, Utah  84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| AMERICAN INSTITUTIONAL PARTNERS, L.L.C. | ) ) | Bankruptcy No. 09-25375 JAB (Chapter 7) |
| | ) | |
| Debtor, | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2009, a true and correct

copy of the Section 341 Meeting Detailed Report was mailed by First Class Mail, postage fully

prepaid in the United States Mail to the Debtor and the Debtor's attorney at the following address:

American Institutional Partners, LLC
155 North 400 West, Suite 150
Salt Lake City, UT 84111

Keith Barton & Associates PC
859 West South Jordan Parkway, Suite 200
South Jordan, UT 84095

Scott T. Blotter
Keith Barton & Associates PC
859 West South Jordan Parkway, Suite 200
South Jordan, UT 84095

/s/
Roger G. Segal
Chapter 7 Trustee

F:\MARSHA\RGS\1TRUSTEE\CERT\American Institutional cert.wpd