Douglas R. Short (5344)
THE BANKRUPTCY CENTER OF UTAH
859 W. South Jordan Parkway, Suite 200
South Jordan, Utah 84095
Telephone: (801) 858-3770
Facsimile: (801) 858-3771
doug@bkcenterutah.com

*Attorney for Debtor*
*American Institutional Partners, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>**AMERICAN INSTITUTIONAL PARTNERS, L.L.C.**<br><br>Debtor. | Bankruptcy No. 09-25375<br><br>Chapter 11 / Chapter 7<br><br>Judge Judith Bolden<br><br>Filed Electronically |

**ORDER GRANTING DEBTOR'S *EX PARTE* EXPEDITED MOTION FOR TELEPHONIC APPEARANCE AT §341 HEARING**

Pursuant to the *ex parte* expedited motion filed by Debtor, American Institutional Partners LLC ("AIP"), to allow it to appear telephonically at the §341 hearing scheduled by the court on October 7, 2009, and for good cause shown therein,

IT IS HEREBY ORDERED:

Robbins m[illegible] telephonically on behalf of Debtor, American [illegible], LLC, a [illegible] for Octo[illegible], 2009.

1

**The below described is DENIED.**

**Dated: October 06, 2009**

**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**

**Filed: 10/06/09**

Entered On Docket: 10/06/2009

2. Chapter 7 Trustee Roger Segal may at the conclusion of the telephonic hearing continue the hearing if he determines it necessary for Mark Robbins to appear in person in order to allow the Trustee to perform his duties herein.

DATED this_____ day of October, 2009.

________________________________

Judge Judith Boulden

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of this proposed order to be sent to the following, first class postage prepaid:

**John T. Morgan**
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, Ut 84111
(801) 524-3150
(801) 524-5628 (fax)
john.t.morgan@usdoj.gov

*Counsel for Creditor*
*Jones Waldo Holbrook & McDonough*
**Jeffrey Weston Shields**
**Troy Aramburu**
**Melissa Clark**
Jones Waldo Holbrook & McDonough
170 South Main Street
Suite 1500
Salt Lake City, UT 84101
(801) 521-3200
mclark@joneswaldo.com

*Counsel for Creditors*
*Fairstar Resources Ltd. and*
*Goldlaw Pty Ltd.*
**David M. Wahlquist**
**Rod N. Andreason**
Kirton & McConkie
60 East South Temple
Suite 1800
PO Box 45120
Salt Lake City, UT 84111
(801) 328-3600
801-321-4893 (fax)
randreason@kmclaw.com

____________/s/____________
By: Douglas R. Short

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: ksh                   Page 1 of 1                   Date Rcvd: Oct 06, 2009
Case: 09-25375                 Form ID: pdfor1             Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 08, 2009.
aty          +Douglas R. Short,   Bankruptcy Center of Utah,   859 West South Jordan Parkway,   Suite 200,
               South Jordan, UT 84095-3510

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**          **Signature:**    _Joseph Speetjens_