## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

United States
Bankruptcy Appellate Panel
of the Tenth Circuit
A True Copy
Barbara Schermerhorn, Clerk
Attested by: [signature]

| | |
|---|---|
| IN RE AMERICAN INSTITUTIONAL PARTNERS, <br><br> Debtor. | BAP No. UT-09-056 |
| AMERICAN INSTITUTIONAL PARTNERS, L.L.C., <br><br> Appellant, <br><br> v. <br><br> JONES WALDO HOLBROOK & MCDONOUGH, FAIRSTAR RESOURCES and GOLDLAW PTY., LTD., <br><br> Appellees. | Bankr. No. 09-25375 <br> Chapter 11 <br><br><br> ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL <br><br> November 30, 2009 |

The matter before the Court is Appellant's Motion for Dismissal with Prejudice filed by American Institutional Partners, L.L.C. ("Appellant"). The Motion requests that the appeal be dismissed.

Accordingly, it is HEREBY ORDERED that:

(1)  The Motion is GRANTED. Fed. R. Bankr. P. 8001(c)(2); 10th Cir. BAP L.R. 8016-1(h).

(2)  Any deadlines previously set by the Court are VACATED.

(3) This appeal is DISMISSED.

(4) The mandate shall issue immediately. A certified copy of this Order shall constitute the mandate on appeal.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court

By:

*[signature: Barbara A. Schermerhorn]*

Barbara Schermerhorn
Clerk of Court