**Form 208**[ODSM 341 ME/Dsm Ch7]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    American Institutional Partners, LLC
        Debtor(s).

Case No. 09–25375 JAB
Chapter 7

## ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements

pursuant to Local Rules 1007–2, 5005–1 or 2003–1:

    A.  Timely file pertinent pleadings or documents;
    B.  Failed to attend the Meeting of Creditors;
    C.  Failed to file the Statement of Intentions pursuant to 11 U.S.C. § 521(c).

    Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED

that the above–named case is DISMISSED.

Dated and Entered on: December 8, 2009

United States Bankruptcy Judge   (57)

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: gci              Page 1 of 2           Date Rcvd: Dec 08, 2009
Case: 09-25375               Form ID: f208           Total Noticed: 42
```

The following entities were noticed by first class mail on Dec 10, 2009.
```
db          +American Institutional Partners, LLC,   155 North 400 West, Suite 150,
             Salt Lake City, UT 84103-1132
aty         +David R Evans,   Evans LeRoy & Hackett, PLLC,   920 McCallie Avenue,   Chattanooga, TN 37403-2724
aty         +Douglas R. Short,   Bankruptcy Center of Utah,   859 West South Jordan Parkway,   Suite 200,
             South Jordan, UT 84095-3510
aty          Jeffrey M. Jones,   Durham Jones & Pinegar,   111 East Broadway Street,   #900,
             Salt Lake City, UT 84111-5235
aty         +Jeffrey Weston Shields,   Jones Waldo Holbrook & McDonough,   170 South Main Street,   Suite 1500,
             Salt Lake City, UT 84101-1644
aty         +Melissa Clark,   Jones Waldo Holbrook & McDonough,   170 South Main Street,   Suite 1500,
             Salt Lake City, UT 84101-1644
aty          Robert S. Prince,   Kirton & McConkie,   60 East South Temple,   Eagle Gate Tower, Suite 1800,
             Salt Lake City, UT 84111-1004
aty         +Rod N. Andreason,   Kirton & McConkie,   60 East South Temple,   Suite 1800,   PO Box 45120,
             Salt Lake City, UT 84145-0120
aty         +Scott T. Blotter,   Keith Barton & Associates,   859 West South Jordan Pkwy,   Suite 200,
             South Jordan, UT 84095-3510
aty         +Troy J. Aramburu,   Jones Waldo Holbrook & McDonough PC,   170 South Main Street,   Suite 1500,
             Salt Lake City, UT 84101-1644
tr           Roger G. Segal tr,   257 East 200 South,   Suite 700,   P.O. Box 11008,
             Salt Lake City, UT 84147-0008
cr          +Alison Robbins,   c/o Altman & Company,   260 Madison Avenue, 22nd Floor,
             New York, NY 10016-2401
cr          +DPR Management, LLC,   10421 South Jordan Gateway, Ste. 600,   South Jordan, UT 84095-3902
cr          +Rama Ramachandran,   1200 Sacramento #303,   San Francisco, CA 94108-1940
6462151     +CallTower,   5 Thomas Mellon Circle Ste. 305,   San Francisco, CA 94134-2501
6462152     +D&D Aviation,   Dick Hopkins,   470 North 2400 West,   Salt Lake City, UT 84116-3169
6636278     +Darl McBride,   1799 Vintage Oak Lane,   SLC  UT 84121-6539
6572743     +David M. Wahlquist,   Kirton & McConkie,   60 East South Temple, Suite 1800,
             Salt Lake City, UT 84111-1032
6462153     +David Ray, Trustee,   c/o Richardson & Patel,   10900 Wilshire Blvd., #500,
             Los Angeles, CA 90024-6533
6462154     +DirecTV,   PO Box 60036,   Los Angeles, CA 90060-0036
6462157     +Fairstar Resources Ltd.,   c/o Kirton & McConkie,   60 E. So. Temple, #1800,
             Salt Lake City, UT 84111-1032
6462158     +Global Marketing Design,   3135 S Richmond St.,   Salt Lake City, UT 84106-3053
6572742     +Goldlaw Party Ltd,   c/o Kirton & McConkie,   60 East South Temple, Suite 1800,
             Salt Lake City, UT 84111-1032
6462159     +Jones Waldo,   170 S Main St. Ste.1500,   Salt Lake City, UT 84101-1644
6484997     +Jones Waldo Holbrook & McDonough, PC,   c/o Jeffrey Weston Shields,
             170 South Main Street, Suite 1500,   Salt Lake City, UT 84101-1644
6462160      Kim Haskins,   Farmington, UT 84025
6462161      Les Olson Company,   PO Box 65598,   Salt Lake City, UT 84165-0598
6462162     +Michael Peterson,   17 Canary Court,   Danville, CA 94526-4963
6462163     +Payne & Fears, LLP,   c/o Daniel M. Livingston,   4 Park Plaza, Suite 1100,
             Irvine, CA 92614-8550
6462164     +Rama Ramachandran,   1200 Sacramento Street, Suite 303,   San Francisco, CA 94108-1940
6462165     +Regions Bank,   c/o Evans LeRoy & Hackett,   920 McCallie Avenue,   Chattanooga, TN 37403-2724
6462166     +Rodney Rasmussen,   2149 South 2200 East,   Salt Lake City, UT 84109-1132
6462168     +SLHNet Investments,   VanCott Bagley Cornwall,   36 South State, #1900,
             Salt Lake City, UT 84111-1478
6462167     +Salt Lake County Assessor,   2001 South State,   Salt Lake City, UT 84190-0001
6462169     +Spectrum Design,   2970 S 2900 E,   Salt Lake City, UT 84109-2158
6462170     +The Motley Fool,   2000 Duke St. 4th Fl.,   Alexandria, VA 22314-6101
6694059     +United States Trustee,   405 S. Main Street,   Suite 300,   Salt Lake City UT 84111-3402
6462172     +Wasatch Pacific,   Terry Diehl,   4198 Prospector Drive,   Salt Lake City, UT 84121-4617
6462173     +Webb Audio Visual Communication,   3020 S West Temple,   Salt Lake City, UT 84115-3714
```

The following entities were noticed by electronic transmission on Dec 08, 2009.
```
6462156     +E-mail/Text: brandall@djplaw.com                    Durham Jones & Pinegar,
             Jeffrey M. Jones, Esq.,   P. O. Box 4050,   Salt Lake City, UT 84110-4050
6654371      EDI: IRS.COM Dec 08 2009 19:08:00    Internal Revenue Service,   POB 21126,
             Philadelphia PA 19114
6462171     +EDI: UTAHTAXCOMM.COM Dec 08 2009 19:08:00    Utah State Tax Commission,   210 North 1950 West,
             Salt Lake City, UT 84134-9000
                                                                                       TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 1088-2          User: gci            Page 2 of 2          Date Rcvd: Dec 08, 2009
Case: 09-25375               Form ID: f208         Total Noticed: 42
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2009**            **Signature:**